United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Anna Marie Horstman
    Debtor

Case No. 14-17023-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Jan 17, 2017
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2017.
db     +Anna Marie Horstman,    314 Roseberry Street,    Philadelphia, PA 19148-3928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2017 at the address(es) listed below:
    ANDREW F GORNALL    on behalf of Creditor    BRANCH BANKING AND TRUST COMPANY
     agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
    JAMES D. MORAN    on behalf of Debtor Anna Marie Horstman jamesdmoran@hotmail.com
    PETER J. ASHCROFT    on behalf of Creditor    GREEN TREE SERVICING, LLC pashcroft@bernsteinlaw.com,
     pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
    WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
     mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
     TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>ANNA MARIE HORSTMAN,<br><br>    Debtor, | Bankruptcy No. 14-17023-amc<br><br>Chapter 13<br><br>Doc. No. |
|---|---|

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(Doc. #8-1)** filed by **Green Tree Servicing, LLC**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(No. 8-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1.    This Motion is **GRANTED**.

2.    The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 8-1 on the Claims Register forthwith**.

**Green Tree Servicing, LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before**  February 7, 2017.

Dated: **January 17, 2017**

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge